[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-11101
Non-Argument Calendar
_____

D.C. Docket No. 8:15-cr-00409-VMC-JSS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTHONY MORAIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(September 13, 2017)

Before WILLIAM PRYOR, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Thomas A. Burns, appointed appellate counsel for Anthony Morais in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 778 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Morais's conviction and sentence are **AFFIRMED.**

2